AO 245H (Rev. 07/04)(W.D.TX) - Judgement in a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS, PECOS DIVISION

FILED
01/06/2020
Clerk, U.S. District Court
Western District of Texas

by: Y. Lujan
Deputy

USA

vs.

(1) Cayetano Benito-Bautista

§
§ CRIMINAL COMPLAINT
§ CASE NUMBER: PE:20-M -00020(1)
§
§

## JUDGMENT IN A CRIMINAL CASE
### (For A Petty Offense) - Short Form

The defendant, Cayetano Benito-Bautista, was presented by counsel, FPD Louis Wayne Correa.

The defendant pled guilty to the complaint on January 06, 2020. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325(a)(1) | ILLEGAL ENTRY | 12/31/2019 |

As pronounced on January 06, 2020, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **TIME SERVED.** The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The Government, through an oral motion, moves to remit the $10.00 special assessment imposed, pursuant to 18 U.S.C. § 3013, as reasonable efforts to collect this assessment are not likely to be effective. The Court accepts the motion. **Special assessment is remitted.**

The fine is waived because of the defendant's inability to pay.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Filed and signed on this the 6th day of January, 2020.

DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE

Arresting Agency: Marfa Sector Border Patrol
USM #:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | Case Number:   PE:20-M -00020(1) |
| (1) Cayetano Benito-Bautista | § | |
| *Defendant* | § | |

## INITIAL APPEARANCE/ ARRAIGNMENT/ PLEA AND SENTENCE

On January 06, 2020, the defendant appeared in Open Court before U.S. Magistrate Judge DAVID B. FANNIN. He/She affirmed that he/she is the person named in the complaint/indictment and a copy was given to him/her.

**The defendant was advised as follows:**

1) The nature of the charge against him/her.
2) The right to retain counsel or to request the assignment of counsel if he/she was unable to obtain counsel.
3) That he/she is not required to make any statement and that any statement he/she makes may be used against him/her.
4) The right to a preliminary examination if not indicted; and,
5) The right to consideration of bail.

**Attorney**
( X )   Correa, Louis Wayne   FPD

**Bond**
(   )   No Bond Set.
**OTHER**
( )

### SENTENCE IMPOSED BY THE COURT

(X)        Sentenced to:  TIME SERVED
           Special Assessment: NONE

(   )      Waived Initial Appearance- Govt moves to DISMISS case, Court Accepts: **CASE DISMISSED.**

**Interpreter Needed:**            YES            Court Reporter  FTR
**Language Barrier Disclosure:**   It was established this Initial Appearance this defendant has a potential language barrier.  Native Language is :

| | 09:56 - 10:08 a.m. | Arrested | 01/02/2020  in  Brewster  County |
|---|---|---|---|
| Time: | 00 Minutes | on: | |

AO 91 (REV. 12/03)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, PECOS DIVISION

FILED
01/06/2020
Clerk, U.S. District Court
Western District of Texas

by: J. Hinojos
Deputy

USA § 
§ CRIMINAL COMPLAINT
vs. § CASE NUMBER: PE:20-M -00020(1)
§
(1) Cayetano Benito-Bautista §

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 02, 2020** in **Brewster** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, knowingly enter or attempt to enter the United States at a time and place other than as designated by immigration officers.

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: "The defendant, Cayetano BENITO-Bautista was arrested on January 02, 2020, in the Western District of Texas by Alpine Border Patrol Agents. The defendant is a citizen and national of Mexico, who is present in the United States without having been admitted or paroled by an Immigration Officer. The Defendant last entered the United States on or about December 31, 2019 in Brewster County, Texas, in the Western District of Texas at a time and place not designated as

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Rice, Robert G
Border Patrol Agent

January 06, 2020                        at    Alpine, Texas
Date                                          City and State

DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE                Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT - PE:20-M -00020(1)

WESTERN DISTRICT OF TEXAS

(1) Cayetano Benito-Bautista

FACTS   (CONTINUED)

a port of entry by the Secretary of Homeland Security.  The Defendant is not in possession of Immigration documents allowing him/her to be in, or remain in, the United States legally.

Defendant is a citizen and national of Mexico.

The Government can prove that on December 31, 2019, the defendant, Cayetano BENITO-Bautista, who is a native and citizen of Mexico, did enter or attempt to enter the United States illegally, near Heath Canyon, Texas, by crossing the Rio Grande River at a time and place other than designated by Immigration Officers, for entry into the United States.


IMMIGRATION HISTORY:
The DEFENDANT has been deported 2 time(s), the last one being to MEXICO on July 21, 2017, through DEL RIO, TX, INTL BRIDGE


CRIMINAL HISTORY:
BENITO-BAUTISTA, CAYETANO has no known criminal history.